FILED
CLERK, U.S. DISTRICT COURT
MAY 05, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

*BBFY Industrial USA, Inc.,*

    **Plaintiff,**

    **v.**

*Evermark Ingredient, LLC, Maria Q. Li, an individual, and Does 1-10, inclusive,*

    **Defendants.**

CASE NO. CV 14-2985-ABC (PJWx)

**AMENDED JUDGMENT**

    Pursuant to our Order entered on this date, judgment is entered in favor of Plaintiff BBFY Industrial USA, Inc. and against Defendants Evermark Ingredients, Inc. and Qing Li, also known as Maria Q. Li, jointly and severally, in the amount of $119,337.99.

    **IT IS SO ORDERED**.

DATED: May 5, 2016

_____
GEORGE H. KING
Chief United States District Judge